UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT CITY SURGICAL CENTRE | CIVIL ACTION |
| VERSUS | NO: 18-11385 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. | SECTION: T (5) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 24th day of February 2022.

*[signature]*
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE