IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRESCENT CITY SURGICAL CENTRE,** § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 18-cv-11385 |
| § § | JUDGE: GUIDRY |
| VS. § § | SECTION: T |
| **CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTHCARE MANAGEMENT INC.; CIGNA NATIONAL HEALTH INSURANCE COMPANY,** § § § § § § § | MAG.JUDGE: NORTH MAG.DIV.: 5 |
| Defendants. § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Joint Stipulation of Dismissal with Prejudice filed by all Parties in this matter, *Civil Action No. 2:18-cv-11385, Crescent City Surgical Centre v. Cigna Health and Life Insurance Company; Cigna Healthcare Management Inc..; Cigna National Health Insurance Company*. Rec. Doc. 186. Accordingly,

**IT IS ORDERED** that this matter is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

New Orleans, Louisiana this 26th day of May, 2022.

_____
Greg Gerard Guidry
United States District Judge